

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

Nos. 06-19-00142-CR, 06-19-00143-
CR & 06-19-00144-CR

_____

JERONIMO MIGUEL CABRERA, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 5th District Court
Cass County, Texas
Trial Court Nos. 2018F00341, 2018F00342 & 2018F00361

Before Morriss, C.J., Burgess and Stevens, JJ.

ORDER

Our review of the reporter's record in this case indicates that it contains "sensitive data" as that phrase is defined in Rule 9.10 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.10(a). Sensitive data includes "a birth date, a home address, and the name of any person who was a minor at the time the offense was committed." TEX. R. APP. P. 9.10(a)(3). Volume five of the reporter's record together with State's exhibits four, five, and six contain the names of persons who were minors at the time the offense was committed. Rule 9.10(b) states, "Unless a court orders otherwise, an electronic or paper filing with the court, including the contents of any appendices, must not contain sensitive data." TEX. R. APP. P. 9.10(b).

Rule 9.10(g) provides, "A court may also order that a document be filed under seal in paper form or electronic form, without redaction." TEX. R. APP. P. 9.10(g). Therefore, because volume five of the reporter's record together with State's exhibits four, five and six contain sensitive data, we order the clerk of this Court or her appointee, in accordance with Rule 9.10(g), to seal volume five of the electronically filed reporter's record together with the electronically filed State's exhibits four, five and six.

IT IS SO ORDERED.

BY THE COURT

Date:  February 26, 2020